## UNITED STATES DISTRICT COURT
## EASTERN DISTRICT OF NEW YORK

| | |
|---|---|
| MATTHEW WHITFIELD, </br></br>        Plaintiff, </br></br>   v. </br></br>MERITOR, INC., WILLIAM R. NEWLIN, CHRIS VILLAVARAYAN, STEVEN BERINGHAUSE, JAN A. BERTSCH, RODGER L. BOEHM, IVOR J. EVANS, ELIZABETH A. FESSENDEN, FAZAL MERCHANT, THOMAS L. PAJONAS, and LLOYD G. TROTTER, </br></br>        Defendants. | ) ) ) ) ) ) ) ) ) ) ) ) ) ) ) ) ) </br></br> Case No. 1:22-cv-01636-BMC |

## PLAINTIFF'S NOTICE OF VOLUNTARY DISMISSAL

PLEASE TAKE NOTICE that, pursuant to Federal Rule of Civil Procedure 41(a)(1)(A)(i), plaintiff hereby voluntarily dismisses the above-captioned action (the "Action"). Defendants have filed neither an answer nor a motion for summary judgment in the Action.

Dated: July 28, 2022

**RIGRODSKY LAW, P.A.**

By: */s/ Gina M. Serra*
    Gina M. Serra
    825 East Gate Boulevard, Suite 300
    Garden City, NY 11530
    (516) 683-3516
    gms@rl-legal.com

*Attorneys for Plaintiff*